1  Bingham McCutchen LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

**FILED**

OCT - 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  DRESSED TO KILL CUSTOM DRAPERIES,       No. C-05-3272 (MHP)
    LLC and all others similarly situated,
13                                          [PROPOSED] ORDER TO ENLARGE
              Plaintiff,                    DEFENDANT'S RESPONSE DATE
14       v.

15  INTEL CORPORATION,

16            Defendant.

17

18       IT IS HEREBY ORDERED that Defendant Intel Corporation's response to

19  Plaintiff's complaint shall be due either 60 days after transfer of the above-captioned case

20  pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

21  1407, or, in the alternative, 45 days after any such motion has been denied.

22
    DATED:  October ___, 2005          _____
23                                     Honorable Marilyn H. Patel

24

25

26

Case No. C-05-3272 (MHP)

[PROPOSED] ORDER

SF/21636364.1